**ANDERSON BANTA CLARKSON PLLC**

48 NORTH MACDONALD

MESA, ARIZONA  85201

TELEPHONE (480) 788-3053

Adam C. Anderson/024314

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### TUCSON DIVISION

| | |
|---|---|
| ELLEN MENDELSON,<br><br>Plaintiff,<br><br>vs.<br><br>GURSTEL CHARGO, PA,<br><br>Defendant, | Case No. |

## COMPLAINT

NOW COMES the plaintiff, ELLEN MENDELSON, by and through her attorneys, ANDERSON BANTA CLARKSON PLLC, and for her Complaint against the defendant, GURSTEL CHARGO, PA, the plaintiff states as follows:

### I. PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

### II. JURISDICTION & VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

### III. PARTIES

4. ELLEN MENDELSON, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the City of Dekalb, State of Illinois.

5. The debt that Plaintiff was allegedly obligated to pay was a debt allegedly owed by Plaintiff to Discover Bank (hereinafter, "the Debt").

6. The Debt was for a credit card, on which charges were incurred primarily for the personal use of Plaintiff and/or for household expenditure.

7. At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

8. GURSTEL CHARGO, PA, (Hereinafter, "Defendant") is a law firm engaged in the collection of debt within the State of Arizona. Defendant's principal place of business is located in the State of Arizona.

9. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

10. Upon information and belief, defendant was hired by Discover Bank to collect the Debt from Plaintiff.

11. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

12. During the course of its efforts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence via the mail and/or electronic mail and initiates contact with alleged debtors via various means of telecommunication, such as the telephone and facsimile.

13. At all relevant times, Defendant acted as a debt collector as that term is defined by 15 U.S.C. §1692a(6).

14. At all relevant times, Defendant acted through its duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### IV.   ALLEGATIONS

15. On or about February 28, 2015, on behalf of Discover Bank, Defendant filed a lawsuit against Plaintiff in the Pima Consolidated Justice Court of the State of Arizona In and For the County of Pima, captioned as *Discover Bank v. Ellen Mendelson,* with case number CV15005825 (hereinafter, "the Pima County Lawsuit").

16. The Pima County Lawsuit was filed by Defendant on behalf of Discover Bank against Plaintiff relative to the Debt.

17. Defendant represents Discover Bank in the Pima County Lawsuit.

18. On or about February 28, 2015, Defendant attempted to collect the Debt from Plaintiff by its filing of the Pima County Lawsuit against Plaintiff.

19. The Pima County Lawsuit was filed against Plaintiff in the County of Pima, State of Arizona.

20. At the time Defendant filed the Pima County Lawsuit, Defendant listed Plaintiff's address in the Summons as an apartment building on East 10th Street, Tucson, Arizona.

21. The address listed on the Summons is not Plaintiff's residential address.

22. The address listed on the Summons is Plaintiff's mother's residential address.

23. Plaintiff does not live with her mother.

24. As of February 28, 2015, Plaintiff did not live with her mother.

25. At the time Defendant filed the Pima County Lawsuit, Defendant knew or should have known that that Plaintiff did not reside in Arizona.

26. On or about February 28, 2015, Plaintiff did not reside in Arizona.

27. On or about February 28, 2015, Plaintiff resided in Illinois.

28. Upon information and belief, on or prior to February 28, 2015, Defendant was cognizant that Plaintiff did not incur the Debt and/or sign the contract being sued upon while residing Pima County, Arizona.

29. By filing the Pima County Lawsuit against Plaintiff, Defendant initiated a legal action against Plaintiff relative to a Debt in a judicial district other than the judicial district where Plaintiff resided at the time Defendant filed the lawsuit.

30. In its attempts to collect the debt allegedly owed by Plaintiff to Discover Bank, Defendant violated the FDCPA, 15 U.S.C. §1692, in one or more of the following ways:

   a. Initiated a legal action on a debt against a consumer in a judicial district other that in which the consumer signed the contract being sued upon or in which the consumer resided at the commencement of the action in violation of 15 U.S.C. §1692i(a)(2)
   b. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

31. As a result of Defendant's violations as aforesaid, Plaintiff has suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

### V.   JURY DEMAND

32. Plaintiff hereby demands a trial by jury on all issues so triable.

### VI.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff, ELLEN MENDELSON, by and through her attorneys, respectfully prays for Judgment to be entered in favor of Plaintiff and against Defendant as follows:

   a. All actual compensatory damages suffered;
   b. Statutory damages of $1,000.00;
   c. Plaintiff's attorneys' fees and costs;
   d. Any other relief deemed appropriate by this Honorable Court.

**ANDERSON BANTA CLARKSON PLLC**

By   /s Adam C. Anderson
   Adam C. Anderson
   48 North MacDonald Street
   Mesa, AZ  85201
   Attorney for Plaintiff