UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

ELLEN MENDELSON,

        Plaintiff,

vs.

GURSTEL CHARGO, PA,

        Defendant,

Case No. 4:16-cv-00086-TUC-LAB

### ORDER OF DISMISSAL

Pursuant to the stipulation filed, this case is dismissed *without* prejudice and without costs to either party. (Doc. 8)

The Clerk of the Court is instructed to close this case.

Dated this 12th day of May, 2016.

_____
Leslie A. Bowman
United States Magistrate Judge